UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

DAVID NRECAJ,

        Defendant.

**ORDER**

Case No. 12-cr-600(GBD)

---

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness for appointment as CJA counsel for David Nrecaj in the pending violation of supervised release matter and having considered the motion and all documents submitted thereon, and for good cause shown;

**IT IS** on this _____ day of April 2025;

**ORDERED,** that Daniel A. McGuinness shall be appointed as CJA counsel for David Nrecaj in the pending violation of the supervised release matter *nunc pro tunc* to April 15, 2025.

APR 2 3 2025

_____
Hon. George B. Daniels, U.S.D.J.