UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

DAVID NRECAJ,

Defendant.

------------------------------------ x

ORDER

12 Cr. 600-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

Since the Defendant's Letter Motion for a CJA Appointment (ECF No. 342) has been granted (ECF No. 343), the Clerk of the Court is directed to close the Motion at ECF No. 342 and the above-captioned case.

Dated: **MAY 1 4 2025**
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge